

# Holland America Line
*A Signature of Excellence*

## SEAGOING EMPLOYMENT AGREEMENT - DAILY RATE

FILE NO:   61259

This SEAGOING EMPLOYMENT AGREEMENT (SEA) made by and between the person named below (Employee or you) and HAL MARITIME LTD. (Company/Employer, we or us), a British Virgin Islands International Business Corporation and one of the Holland America Line group of companies, with offices at 300 Elliott Avenue West, Seattle, WA 98119, USA.

EMPLOYEE NAME:   O'KEEFE /  / CATHERINE PATRICIA
                 Last    M.I.   First

ORIGINAL HIRE DATE:   09/23/2006
                      Mo.Day Year

AGE:   57        PLACE OF BIRTH:   HORLEY, GREAT BRITAIN

DATE OF AGREEMENT:   04/14/2014
                     Mo.Day Year

ADDRESS OF RESIDENCE:   ***

NATIONALITY:   UNITED KINGDOM        PASSPORT NUMBER:   ***        EXP.DATE:   ***

### INITIAL SHIP ASSIGNMENT INFORMATION:

POSITION:   EXECUTIVE HOUSEKEEPER          SHIP:   ZUIDERDAM              REGISTRY:   NETHERLANDS
SIGN-ON DATE:   04/14/2014                 SIGN-ON PLACE:   COLON
SIGN-OFF DATE:   06/14/2014                SIGN-OFF PLACE:   VANCOUVER, BRITISH COLUMBIA
DAILY RATE:   181.90   USD                                                EFFECTIVE:   04/14/2014
DAILY GUARANTEE AMOUNT:   0.00   USD
BREAKDOWN OF DAILY RATE OR DAILY GUARANTEE AMOUNT:
- Daily Base Pay:          118.20   USD
- Daily Fixed Overtime:     53.98   USD
- Daily Vacation Pay:        9.72   USD

VARIABLE OVERTIME RATE (per hour):   18.19   USD
SENIORITY PERCENTAGE:   16%

SEAGOING EMPLOYMENT AGREEMENT-DAILY RATE TERMS AND CONDITIONS (FEBRUARY 26, 2014 VERSION) APPLY TO, AND ARE AN INTEGRAL PART OF, THIS AGREEMENT. BY SIGNING BELOW, YOU ACKNOWLEDGE HAVING BEEN AFFORDED THE OPPORTUNITY TO REVIEW THE TERMS AND CONDITIONS WHICH ARE AVAILABLE ON:   http://welcome2hal.com/seadailyratemlc.php

AND ON EFLEET, THE COMPANY'S INTRANET SYSTEM (UNDER HUMAN RESOURCES). YOU SPECIFICALLY ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO THE ARBITRATION PROVISION CONTAINED IN SECTION 9A OF THE TERMS AND CONDITIONS. YOU FURTHER ACKNOWLEDGE THAT YOU HAVE BEEN AFFORDED AN OPPORTUNITY TO SEEK ADVICE ON THIS AGREEMENT BEFORE SIGNING IT.

IN WITNESS WHEREOF, this Seagoing Agreement has been executed on the DATE OF AGREEMENT and at the PLACE ENTERED INTO above.

HAL MARITIME LTD.                                       CATHERINE PATRICIA O'KEEFE

                                                        EMPLOYEE SIGNATURE:


By:  Megan Hilgersom                                    Date:   4 / 14 / 14
Its: Manager, Human Resources                                   Mon / Day / Year

                                                        Place entered into:   Panama

4/13/14                                                                         9:47:50AM