Jeffrey B. Maltzman, WA Bar No. 52051
MALTZMAN & PARTNERS, P.A.
681 Encinitas Boulevard, Suite 315
Encinitas, CA 92024
Telephone: (760) 942-9880
Facsimile:  (760) 942-9882
jeffreym@maltzmanpartners.com

Attorneys for Defendants

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING**

| | |
|---|---|
| CATHERINE O'KEEFE,<br><br>    Plaintiff,<br><br>v.<br><br>HOLLAND AMERICA LINE INC., a Washington Corporation, HAL MARITIME LTD., a Netherland Antilles Corporation, HOLLAND AMERICA LINE N.V., a Curacao Corporation, and HAL ANTILLEN N.V., a Curacao Corporation,<br><br>    Defendants. | CASE NO.: 22-2-05510-3 SEA<br><br>**DEFENDANTS' NOTICE OF REMOVAL**<br><br>Judge: MESSIT, DEPT 36<br>Filed:  4/15/2022<br>Trial Date: 4/17/2023 |

**NOTICE OF FILING
DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION**

Defendants, HOLLAND AMERICA LINE INC., HAL MARITIME LTD., HOLLAND AMERICA LINE N.V., and HAL ANTILLEN N.V., (collectively "HAL"), hereby gives Notice that HAL has filed a Notice of Removal of Civil Action in the United States District Court for the Western District of Washington. Attached hereto as Exhibit 1 is a true and accurate copy. Pursuant to 28 U.S.C. §1446, this action is now removed to the United States District Court and this Court may proceed no further in this matter.

| | |
|---|---|
| Dated: August 9, 2022 | Respectfully submitted, |
| | MALTZMAN & PARTNERS |
| | By: *s/ Jeffrey B. Maltzman* |
| | Jeffrey B. Maltzman |
| | *Attorney for Defendants* |

MALTZMAN & PARTNERS
681 ENCINITAS BOULEVARD, SUITE 315
ENCINITAS, CA 92024
TELEPHONE: (760) 942-9880 FAX: (760) 942-9882

DEFENDANTS' NOTICE OF REMOVAL                     22-2-05510-3